USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/10/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JORGE ROCHA-GOMEZ,

Defendant.

No. 19 Cr. 494 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On October 3, 2019, the Court adjourned trial until January 14, 2020. Pre-trial submissions are due by January 3. A final pre-trial conference is scheduled for January 8 at 2:00 p.m.

No later than December 30, 2019, the parties shall file a joint letter updating the Court on the status of the case.

SO ORDERED.

Dated: December 10, 2019
New York, New York

Ronnie Abrams
United States District Judge