

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 30, 2019

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/30/19
```

**By ECF and Email**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007
Abrams_NYSDChambers@nysd.uscourts.gov

Re:   *United States v. Jorge Rocha Gomez, a/k/a "P.J.,"* 19 Cr. 494 (RA)

Dear Judge Abrams:

The Government submits this letter further to the Court's order of December 10, 2019 (ECF No. 20), on behalf of all parties, to request a 90-day adjournment of the trial scheduled for January 14, 2020, until April 13, 2020. The parties request such an adjournment so that the parties may continue to discuss a potential pre-trial resolution of the case.

In light of the parties' continuing pre-trial resolution discussions, the Government requests that the time between January 14, 2020, and April 13, 2020, or the date of the next conference, whichever is later, be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the proposed exclusion would be in the interest of justice.

Respectfully yours,

GEOFFREY S. BERMAN
United States Attorney

By: /s/ Daniel H. Wolf
Assistant United States Attorney
(212) 637-2337

cc:   Mark Gombiner, Esq. (via ECF and email)

---

Application granted. The trial scheduled to begin on January 14, 2020 is adjourned until April 13, 2020. Pursuant to the Speedy Trial Act, time is excluded between January 14, 2020 and April 13, 2020.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
December 30, 2019