

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 22, 2020

Application granted. A change of plea conference is scheduled for June 18, 2020 at 12:00 p.m. Time is excluded until June 18, 2020, under the Speedy Trial Act, pursuant to 18 U.S.C. 3161 (h)(7)(a).

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J. 4/22/20

**By ECF and Email**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007
Abrams_NYSDChambers@nysd.uscourts.gov

Re:   *United States v. Jorge Rocha Gomez, a/k/a "P.J.,"* 19 Cr. 494 (RA)

Dear Judge Abrams:

The parties jointly write to request the Court set a control date, for a pretrial or change-of-plea conference, for approximately 60 days from today in the above-referenced matter. A jury trial was previously scheduled to commence in this matter on April 13, 2020, and has been continued on three occasions in light of the COVID-19 pandemic with the time period of such continuances excluded under the Speedy Trial Act. *See* Third Standing Order relating to the Suspension of Jury Trials, 20 Misc. 197 (S.D.N.Y. Apr. 20, 2020); Standing Order relating to Extension of Time Under the Speedy Trial Act, 20 Misc. 196 (S.D.N.Y. Apr. 20, 2020).

The Government further requests, to the extent the time between today and the conference date set by the Court is not excluded by operation of the Court's COVID-19 related orders, that such time be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in light of the COVID-19 pandemic and its resulting limitations on court appearances and the ability of defense counsel to meet with his client, and to allow the parties to engage in discussions regarding a potential pretrial resolution of this matter. The Government respectfully submits that the proposed exclusion would be in the interest of justice.

Respectfully yours,

GEOFFREY S. BERMAN
United States Attorney

By:  /s/ Daniel H. Wolf_____
Assistant United States Attorney
(212) 637-2337

cc:   Mark Gombiner, Esq. (via ECF and email)