

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 12, 2020

> Application granted. The conference is adjourned to September 28, 2020 at 11:00 a.m.  Time is excluded until September 28, 2020, under the Speedy Trial Act, pursuant to 18 U.S.C. 3161(h)(7)(a).
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> June 15, 2020

**By ECF and Email**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007
Abrams_NYSDChambers@nysd.uscourts.gov

Re:  *United States v. Jorge Rocha Gomez, a/k/a "P.J.,"* 19 Cr. 494 (RA)

Dear Judge Abrams:

The parties jointly write to request the Court adjourn the upcoming conference scheduled for June 18, 2020, at 12:00 p.m., until September 28, 2020, which is approximately three-and-a-half months from today, so that the parties may continue to discuss a potential pretrial resolution of this matter.

The Government further requests, to the extent the time between today and the conference date set by the Court is not excluded by operation of the Court's COVID-19 related orders, *see*, *e.g.*, Third Standing Order relating to the Suspension of Jury Trials, 20 Misc. 197 (S.D.N.Y. Apr. 20, 2020); Standing Order relating to Extension of Time Under the Speedy Trial Act, 20 Misc. 196 (S.D.N.Y. Apr. 20, 2020), that such time be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in light of the COVID-19 pandemic and its resulting limitations on court appearances and the ability of defense counsel to meet with his client, and to allow the parties to engage in discussions regarding a potential pretrial resolution of this matter.  The Government respectfully submits that the proposed exclusion would be in the interest of justice.

Respectfully yours,

GEOFFREY S. BERMAN
United States Attorney

By: /s/ Daniel H. Wolf_____
Assistant United States Attorney
(212) 637-2337

cc:   Mark Gombiner, Esq. (via ECF and email)