

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 28, 2020

**By ECF and Email**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007
Abrams_NYSDChambers@nysd.uscourts.gov

    Re:    *United States v. Jorge Rocha Gomez, a/k/a "P.J.,"* 19 Cr. 494 (RA)

Dear Judge Abrams:

    The parties jointly write to request an adjournment of the conference scheduled in this case for October 29, 2020 in light of the COVID-19 pandemic, the resulting limitations on court appearances and the ability of defense counsel to meet with the defendant, and because the parties are currently engaging in pretrial disposition discussions and request additional time to continue these discussions. The parties respectfully request that the conference date be adjourned to any date in approximately six weeks.

    The Government respectfully requests that the time between October 29, 2020, and the conference date set by the Court be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties time to engage in discussions regarding a potential pretrial disposition of this matter. The Government respectfully submits that the proposed exclusion would be in the interest of justice and understands that defense counsel consents to this exclusion.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

By:  /s/ Daniel H. Wolf
    Assistant United States Attorney
    (212) 637-2337

cc:    Mark Gombiner, Esq. (via ECF and email)

> Application granted. The conference is adjourned to December 10, 2020 at 11:30 a.m. Time is excluded until December 10, 2020, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161 (h)(7)(A).
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> October 28, 2020