

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 9, 2020

**By ECF and Email**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007
Abrams_NYSDChambers@nysd.uscourts.gov

Re:    *United States v. Jorge Rocha Gomez, a/k/a "P.J.,"* 19 Cr. 494 (RA)

Dear Judge Abrams:

The parties jointly write to request an adjournment of the conference scheduled in this case for December 10, 2020 in light of the COVID-19 pandemic, the resulting limitations on court appearances and the ability of defense counsel to meet with the defendant, and so that the defendant can consider a written plea offer extended to him on November 22, 2020. The parties respectfully request that the conference date be adjourned to any date in approximately six weeks.

The Government respectfully requests, with the defendant's consent, that the time between December 10, 2020, and the conference date set by the Court be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the proposed exclusion would be in the interest of justice.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:  /s/ Daniel H. Wolf
Assistant United States Attorney
(212) 637-2337

cc:    Mark Gombiner, Esq. (via ECF and email)

Application granted. The conference is adjourned to January 21, 2021 at 10:00 a.m. Time is excluded until January 21, 2021, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

Ronnie Abrams, U.S.D.J.
December 9, 2020