

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 20, 2021

**By ECF and Email**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007
Abrams_NYSDChambers@nysd.uscourts.gov

> The change of plea conference is rescheduled to February 17, 2021 at 2:30 p.m. and will be held in person. Time is excluded until February 17, 2021, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J. 1-20-21

Re:   *United States v. Jorge Rocha Gomez, a/k/a "P.J.,"* 19 Cr. 494 (RA)

Dear Judge Abrams:

   The parties jointly write to request an adjournment of the remote conference scheduled in this case for January 21, 2021 so that the parties may appear in-person for a change-of-plea proceeding. The parties understand the Court is available for such a proceeding on February 17, 2021, at 2:30 p.m.

   The Government respectfully requests, with the defendant's consent, that the time between January 21, 2021, and the later of February 17, 2021 or the date set by the Court for a change-of-plea proceeding be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the proposed exclusion would be in the interest of justice in light of the COVID-19 pandemic, its attendant effects on in-person proceedings, and the defendant's wish to plead guilty in-person.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:  /s/ Daniel H. Wolf
   Assistant United States Attorney
   (212) 637-2337

cc:   Mark Gombiner, Esq. (via ECF and email)