UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 19-CR-494 (RA) |
| v. | |
| JORGE ROCHA GOMEZ, | ORDER |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

The United States has filed a motion for forfeiture of the $100,000 personal recognizance bond for the Defendant pursuant to Fed. R. Crim. P. 46(f). *See* Dkts. 38, 39. The Court will hold a telephone hearing in connection with this motion on March 10, 2021 at 10:00 a.m. The telephone conference may be accessed using the following dial-in information: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public, and the sureties, should they attend, will be given an opportunity to be heard.

The Government is directed to serve the sureties Ms. Gomez and Ms. Gomez-Paulino with a copy of this order, as well as the underlying motion papers, and to file an affidavit of service on the docket.

SO ORDERED.

Dated:    March 4, 2021
         New York, New York

                                        _____
                                        Ronnie Abrams
                                        United States District Judge