UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,          :          **ORDER AND JUDGMENT OF**
                                                       **FORFEITURE OF BAIL**

          - v -                :

                                                    19 Cr. 494 (RA)

JORGE ROCHA GOMEZ,             :

                Defendant.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        This cause having come on to be heard on the motion of Audrey Strauss, United

States Attorney for the Southern District of New York, by Daniel H. Wolf, Assistant United States

Attorney,

        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the bail securing

the release of defendant Jorge Rocha Gomez be forfeited and that the United States of America

have and recover judgment against defendant Jorge Rocha Gomez, and sureties Ana Gomez and

Venecia Gomez-Paulino, jointly and severally, in the sum of $100,000 and that the United States

have execution therefore.

Dated:       New York, New York
              March 10 , 2021


_____
HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK